Joseph K. Liu, Esq. (Cal. Bar No. 216227)
jliu@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081
*Attorney for Defendant, Carole Lewis, BCO*

LAW OFFICES OF PAUL T. LOCKE
Paul T. Locke, Esq. Bar No. 40233
lockepaul@sbcglobal.net
LAW OFFICES OF PAUL T. LOCKE
638 Lindero Canyon Road, Suite 536
Oak Park, CA 91377
Telephone: (818) 735-7886
Facsimile: (818) 706-7797
*Attorney for Plaintiff, JOHN M. STOLPE*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. STOLPE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CAROLE LEWIS, aka, CAROLE LEWIS STOLPE, an individual; FRANCES C. LEWIS, an individual, and as legal representative of the estate of Frederick R. Lewis, deceased<br><br>Defendants.<br><br>RELATED COUNTERCLAIM | Case No. CV11-09852 GW (JCGx)<br><br>**JOINT STIPULATION RE PROTECTIVE ORDER**<br><br>Hon. Jay C. Ghandhi<br><br>**[~~PROPOSED~~] ORDER FILED CONCURRENTLY HEREWITH]** |

/ / /

/ / /

/ / /

1  ~~[PROPOSED]~~ ORDER

3  PURSUANT TO THE PARTIES' STIPULATION to the court to enter the Stipulated
4  Protective Order regarding disclosure and discovery, their petition is hereby GRANTED.

6  IT IS SO ORDERED.

8  Dated: 3·12·2012        By: _____
                              The Honorable Jay C. Ghandhi
9                             United States Magistrate Judge