Joseph K. Liu, Esq. (Cal. Bar No. 216227)
jliu@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081
*Attorney for Defendant, Carole Lewis, BCO*

LAW OFFICES OF PAUL T. LOCKE
Paul T. Locke, Esq. Bar No. 40233
lockepaul@sbcglobal.net
LAW OFFICES OF PAUL T. LOCKE
638 Lindero Canyon Road, Suite 536
Oak Park, CA 91377
Telephone: (818) 735-7886
Facsimile: (818) 706-7797
*Attorney for Plaintiff, JOHN M. STOLPE*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. STOLPE, an individual, | Case No. CV11-09852 GW (JCGx) |
| Plaintiff, | |
| v. | **JOINT STIPULATION RE PROTECTIVE ORDER** |
| CAROLE LEWIS, aka, CAROLE LEWIS STOLPE, an individual; FRANCES C. LEWIS, an individual, and as legal representative of the estate of Frederick R. Lewis, deceased | Hon. Jay C. Ghandhi |
| Defendants. | **[PROPOSED ORDER FILED CONCURRENTLY HEREWITH]** |
| RELATED COUNTERCLAIM | |

/ / /

/ / /

/ / /

1

**[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER**

# [PROPOSED] ORDER

PURSUANT TO THE PARTIES' STIPULATION to the court to enter the Stipulated Protective Order regarding disclosure and discovery, their petition is hereby GRANTED.

IT IS SO ORDERED.

Dated: 3·12·2012          By: _____
                          The Honorable Jay C. Ghandhi
                          United States Magistrate Judge